# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARNELL JOSEPH McMILLIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2:18-cv-00656-RDP-JEO** |
| | ) | |
| **ANDRE PHILLIPS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge filed a report on December 9, 2019, recommending Defendant Phillips's motion for summary judgment be granted in part and denied in part. (Doc. 28). Specifically, the Magistrate Judge recommended: (1) summary judgment be granted on Plaintiff's Eighth Amendment excessive force claim against the defendant in his official capacity for monetary relief; (2) summary judgment be denied on Plaintiff's Eighth Amendment excessive force claim against the defendant in his individual capacity; and (3) summary judgment be denied on Plaintiff's Eighth Amendment excessive force claim against the defendant in his individual capacity on the basis of qualified immunity. (*Id*.). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that Defendant Phillips's motion for summary judgment on Plaintiff's Eighth Amendment excessive force claim against him in his official capacity for monetary relief is **GRANTED**, the court finding no genuine issues of material fact exist and that the defendant is entitled to judgment as a matter of law on this claim. The court **FURTHER ORDERS** that Defendant Phillips's motion for summary judgment is **DENIED** on Plaintiff's Eighth Amendment excessive force claim against him in his individual capacity.

The Clerk is **DIRECTED** to serve a copy of this Memorandum Opinion and Order on the parties.

**DONE** and **ORDERED** this January 10, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE