UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL JOSEPH McMILLIAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:18-cv-656-RDP-GMB |
| **ANDRE PHILLIPS,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

On November 13, 2020, counsel for Defendant filed a suggestion of death (Doc. # 36) pursuant to Rule 25(a) of the Federal Rules of Civil Procedure and attached the death notice (Doc. # 36-1) from the Alabama Department of Corrections. According to the death notice, Plaintiff Darnell Joseph McMillian died on June 22, 2020, while in the custody of the Alabama Department of Corrections. (Doc. # 36-1).

Federal Rule of Civil Procedure 25(a) permits a decedent's successor or representative to file a motion for substitution if the plaintiff's claim is not extinguished at his death. However, Rule 25(a)(1) states that if the successor or representative does not file a motion for substitution within 90 days after service of a statement noting the death, then the court must dismiss the action.

In response to the suggestion of death, the Magistrate Judge ordered Defendant to notify any known relatives of McMillian, as well as the appropriate county administrators, of the pendency of this action and the substitution requirements under Rule 25. (Doc. # 37). On January 6, 2021, counsel for Defendant notified the court of her efforts to contact McMillian's relatives and proof of service to the Jefferson County Clerk's Office. (Doc. # 38).

More than 90 days have passed and no successor or representative has filed a motion for substitution. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The court **DIRECTS** Defendant to notify the county administrators of Jefferson County of the dismissal of this action.

**DONE** and **ORDERED** this April 14, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE